B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **15–23917**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 7/13/15 and was converted to a case under chapter 7 on 8/16/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Arvella Oliver–Wilcox<br>6526 S. Woodlawn, Un<br>Chicago, IL 60637 | Willie T Oliver<br>6526 S. Woodlawn, Un<br>Chicago, IL 60637 |
| Case Number:   15–23917<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5899<br>xxx–xx–2957 |
| Attorney for Debtor(s) (name and address):<br>Penelope N Bach<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL<br>Telephone number: (630)575–8181 | Bankruptcy Trustee (name and address):<br>Gus A Paloian<br>Seyfarth, Shaw, Et Al<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60606<br>Telephone number: (312) 460–6299 |

## Meeting of Creditors:
Date: **November 4, 2015**                           Time: **03:30 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 1/4/16**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  September 21, 2015 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-23917-ERW
Arvella Oliver-Wilcox                                               Chapter 7
Willie T Oliver
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ckeith          Page 1 of 2          Date Rcvd: Sep 21, 2015
                              Form ID: b9a          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2015.
```
db/jdb         +Arvella Oliver-Wilcox,    Willie T Oliver,    6526 S. Woodlawn, Un,    Chicago, IL 60637-4306
23485673       +Chicago Anesthesia Assoc Sc,    836 W. Wellington Avenue,     Chicago, IL 60657-5147
23485674       +Chicago Anesthesia Associates SC,    2334 Momentum Place,    Chicago, IL 60689-5325
23485680       +Department of Education,    FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
23485678       +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
23485681        Equifax Information Services, LLC,    1550 Peachtree Street NW,     Atlanta, GA 30309
23485682       +Experian Information Solutions, Inc.,    475 Anton Boulevard,     Costa Mesa, CA 92626-7037
23616585       +Great Lakes Educational Loan,    Service,    2401 International Lane,    Madison, WI 53704-3121
23485687       +Illinois Collection Service,    8231 185th Street, Suite 100,     Tinley Park, IL 60487-9356
23485688       +Illinois Collection Service Inc,    PO Box 1010,    Tinley Park, IL 60477-9110
23485689       +Illinois Collection Service/ICS,    Illinois Collection Service,     Po Box 1010,
                 Tinley Park, IL 60477-9110
23485691       +Janis Weems,    6758 S. Bennet,    Chicago, IL 60649-1032
23485692       +Landlord,    6526 S. Woodlawn,    Chicago, IL 60637-4306
23485693       +Markoff Law LLC,    29 North Wacker Drive, Suite 550,    Chicago, IL 60606-2851
23616587       +Payday Loan,    111 S Wacker Dr Suite 4400,    Chicago, IL 60606-4409
23616588       +Peoples Gas Light & Coke Company,    130 E Randolph Street,     Chicago, IL 60601-6207
23485694       +Physicians Immediate Care,    Po Box 544,    Dept 5390,   Milwaukee, WI 53201-0544
23485698       +The Affiliated Group,    7381 Airport View Drive SW,    Rochester, MN 55902-1875
23485699       +The Affiliated Group I,    Po Box 7739,    Rochester, MN 55903-7739
23485700        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
23485702       +US Department of Education,    Potomac Center Plaza (PCP),     550 12th Street, SW,
                 Washington, DC 20202-0031
23485701       +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
23485703       +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                 Washington, DC 20208-0003
23485704       +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: pnbach@sulaimanlaw.com Sep 22 2015 01:47:04      Penelope N Bach,
                 Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,    Suite 150,    Oak Brook, IL
tr             +EDI: FGAPALOIAN.COM Sep 22 2015 01:19:00      Gus A Paloian,    Seyfarth, Shaw, Et Al,
                 131 South Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
23485668       +E-mail/Text: bankruptcy@rentacenter.com Sep 22 2015 01:51:22      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
23485670       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Sep 22 2015 01:51:17
                 Advocate Illinois Masonic Medical Center,    836 W. Wellington Ave,    Chicago, IL 60657-5147
23485669       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Sep 22 2015 01:51:17
                 Advocate Illinois Masonic Medical Center,    22393 Network Place,    Chicago, IL 60673-1223
23485671       +E-mail/Text: contact@csicollects.com Sep 22 2015 01:51:27      Certified Services Inc,
                 1733 Washington Street, Suite 2,    Waukegan, IL 60085-5192
23485672       +EDI: CAUT.COM Sep 22 2015 01:18:00      Chase Auto,    Attn: National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
23485676       +E-mail/Text: bankruptcy@commercebank.com Sep 22 2015 01:48:46      Commerce Bank,
                 PO Box 410857,    Kansas City, MO 64141-0857
23485675       +E-mail/Text: bankruptcy@commercebank.com Sep 22 2015 01:48:46      Commerce Bank,
                 8000 Forsyth Boulevard,    Saint Louis, MO 63105-1797
23485677       +E-mail/Text: bankruptcy@commercebank.com Sep 22 2015 01:48:46      Commerce Bank*,
                 PO Box 419248,    Kansas City, MO 64141-6248
23485679       +E-mail/Text: electronicbkydocs@nelnet.net Sep 22 2015 01:49:05      Department of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
23485683       +E-mail/Text: legal@friendlyfinancecorp.com Sep 22 2015 01:47:51      Friendly Finance,
                 6340 Security Blvd # 200,    Gwynn Oak, MD 21207-5161
23485684       +EDI: IIC9.COM Sep 22 2015 01:18:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
23485686       +EDI: IIC9.COM Sep 22 2015 01:18:00      IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
23485685       +EDI: IIC9.COM Sep 22 2015 01:18:00      IC Systems,    Highway 96 E.,    PO Box 64794,
                 Saint Paul, MN 55164-0794
23542395       +EDI: ATTWIREBK.COM Sep 22 2015 01:19:00      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
23485690        EDI: IRS.COM Sep 22 2015 01:19:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
23485695        EDI: NEXTEL.COM Sep 22 2015 01:18:00      Sprint,    6391 Sprint Parkway,
                 Overland Park, KS 66251
23485697        EDI: NEXTEL.COM Sep 22 2015 01:18:00      Sprint Nextel,    Attn: Bankruptcy Dept,    PO Box 7949,
                 Overland Park, KS 66207
23485696       +EDI: NEXTEL.COM Sep 22 2015 01:18:00      Sprint,    PO Box 3827,    Englewood, CO 80155-3827
                                                                                               TOTAL: 20
```

```
District/off: 0752-1          User: ckeith              Page 2 of 2                  Date Rcvd: Sep 21, 2015
                              Form ID: b9a              Total Noticed: 44

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23616586*     +Advocate Illinois Masonic Medical,   Center,   836 W Wellington Ave,   Chicago, IL 60657-5147
23542401*     +Illinois Bell Telephone Company,    % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,
                One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
23616589*     +Physicians Immediate Care,   Pob 544 Dept 5390,   Milwaukee, WI 53201-0544
23616590*     +US Department of Education,   Pob 16448,   Saint Paul, MN 55116-0448
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2015 at the address(es) listed below:
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Joint Debtor Willie T Oliver pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
              Penelope N Bach    on behalf of Debtor Arvella   Oliver-Wilcox pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
                                                                                             TOTAL: 4
```